IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVIDA J. ANDERSON,<br><br>Defendant. | CASE NO.  8:21CR-253<br><br>WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1)  The defendant affirms receiving a copy of the superseding indictment;

(2)  The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3)  The defendant pleads not guilty to all counts of the superseding indictment.

_____  
Defendant

_____  
Attorney for Defendant

12/28/2021  
Date

12-28-21  
Date

## ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this  28  day of  December , 20 21.

BY THE COURT:

_____  
Susan M Bazis  
MAGISTRATE JUDGE  
UNITED STATES DISTRICT COURT